ACCEPTED
12-14-00160-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/25/2015 12:01:22 PM
Pam Estes
CLERK

# JOHN D. REEVES
## ATTORNEY AT LAW

1007 Grant Avenue, Lufkin, Texas 75901

(936) 632-1609 telephone/ (936) 632-1640 facsimile

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

9/25/2015 12:01:22 PM

PAM ESTES
Clerk

September 17, 2015

**LEGAL CORRESPONDENCE**

Joshe Leesheen Johnson, Inmate
Angelina County Jail
P.O. Box 114
Lufkin, Texas 75902

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7014 0150 0001 1143 6497

RE:  Appeal in Cause No. 2013-0719, In the Twelfth Court of Appeals, Tyler, Texas No. 12-14-00160-CR.

Dear Ms. Johnson:

Enclosed please find the Judgment and Opinion of the 12th Court of Appeals in Tyler, Texas concerning their opinion on your appeal. Pursuant to Rule 48.4 of the Texas Appellate Rules of Procedure I am sending this copy of the opinion to you and to inform you of your rights. The Appeal Court in Tyler affirmed or "let stand" the ruling of the trial court. My services are ended at this point as I am not authorized by the court to further pursue your case. However, you can pursue your case if you choose to do so.

Therefore, I am required to explain your individual right to pursue further action in your case. You have the right to file a Motion for Rehearing with the 12th Court of Appeals in Tyler, Texas pursuant to Rule 49.1 of the Texas Rules of Appellate Procedure which must be filed within fifteen days of the receipt of their ruling. If you need more time, you can file a Motion for continuance to the Court in Tyler. The address is Cathy Lusk, Clerk, 12th Court of Appeals, 1517 West Front Street, Ste. 354, Tyler, Texas 75702.

Further, I must inform you that you may consider filing a **Pro Se Petition for Discretionary Review (PDR).** I must advise you that you will have thirty days from their ruling on your case to file a Pro Se Petition for Discretionary Review (PDR). Of course if you file the Motion for Rehearing, it will extend the time to file the PDR until you receive a ruling on a Motion for Rehearing. The Pro Se Petition for Discretionary Review (PDR) should be filed with the Texas Court of Criminal Appeals, Clerk of the Court of Criminal Appeals, Post Office Box 12308, Austin, Texas 78711.



I appreciate the opportunity to have represented you. I am sorry the 12th Court of Appeals determined to "let stand" your conviction and sentence. The decision of the 12th Court of Appeals will become final 30 days from the date of the opinion if you do not file a Motion for Rehearing or a PDR as described previously. Again, I am not authorized nor was I appointed to continue representing you beyond the opinion I have sent you. I wish you every good thing whatever you determine to do.

If you have any questions, please do not hesitate to contact me.

Sincerely,

John D. Reeves

JDR/jsn
enc

cc:    Cathy S. Lusk, Clerk
       Twelfth Court of Appeals
       Tyler, Texas
       Via electronic filing

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

    SEP 22 2015

    Joshe Leesheen Johnson, Inmate
    Angelina County Jail
    Post Office Box 114
    Lufkin, Texas 75902

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ANGELINA COUNTY           ☐ Agent
                             ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
   K. A. KENNEDY

D. Is delivery address different from item 1?  ☐ Yes

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
   (Transfer from se    7014 0150 0001 1143 6497

PS Form 3811, February 2004        Domestic Return Receipt

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

LUFKIN TX 75902

Postage          $3.45                              090

Certified Fee    $2.80
                                                Postmark
Return Receipt Fee  $0.00                         Here
(Endorsement Required)

Restricted Delivery Fee  $0.00
(Endorsement Required)   $0.93
                                              09/17/201
Total Postage & Fees  $  $7.18

Sent To
Joshe Johnson, Angelina Co. Jai
Street, Apt. No.;
or PO Box No.  P.O. Box 114
City, State, ZIP+4
Lufkin TX 75902

PS Form 3800, August 2006        See Reverse for In

DOWNTOWN LUFKIN
608 E LUFKIN RD
LUFKIN
TX
759029913
4854100902  (800) 275-8777

09/17/2015                    3:20 PM

                        Sale      Final
Product             Qty       Price
Description

First-Class
Mail
Letter                1       $0.93
(Domestic)
(LUFKIN, TX 75902)
(Weight:0 Lb 2.30 Oz)
(Expected Delivery Day)
(Saturday 09/19/2015)
Certified                     $3.45
(@@USPS Certified Mail #)
(7014015000011436497)
Return                1       $2.80
Receipt
(@@USPS Return Receipt #)
(9590952106150098144110)

Total                         $7.18

Cash                        $50.00
Change                     ($42.82)

For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

After delivery, use this tracking
number to track your Return Receipt.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to